# EXHIBIT C

# McLeodUSA®

October 28, 2003

By Facsimile and Courier

Robert J. Allgood
Cellco Partnership
Illinois SMSA Limited Partnership
Verizon Wireless, LLC
One Verizon Place  MC:GA1A2FRP
Alpharetta, GA 30004-8511

RE: Illinois SMSA Limited Partnership:

I am writing with respect the Illinois SMSA Limited Partnership (the "Partnership"), and as Managing Partner of Midwest Cellular Associates, a limited partner in the Partnership.

As you know, Section 6.12 of the Agreement of Limited Partnership of Illinois SMSA Limited Partnership Dated as of February 5, 1987 (the "Agreement"), requires the mandatory withdrawal of any partner from the Partnership in the event any partner, or an Affiliate (as defined) of a partner, provides Cellular Service independently of the Partnership within any CGSA subject to the Agreement (the "Territory").

The purpose of this letter is to advise you that McLeodUSA Telecommunications Services, Inc, an Affiliate of Midwest Cellular Associates and a subsidiary of its Managing Partner, is in the process of offering Cellular Services within the Territory, and therefore must withdraw from the Partnership pursuant to Section 6.12 of the Agreement, and triggering the voluntary withdrawal provisions of Section 9.1 of the Agreement.

Notwithstanding the foregoing, Cass County Telephone Company ("Cass"), a 5% limited partner in Midwest Cellular Associates, remains very much interested in continued participation in the Partnership. In addition, Cass remains interested in participating in the current capital call made on behalf of the Partnership at a level proportionate with its current indirect interest. Consequently, Midwest Cellular Associates and Cass would like to explore options that might be available to facilitate Cass' continued participation.

We look forward to discussing the available alternatives with you to accomplish the required withdrawal of Midwest Cellular Associates, and the continued participation by Cass County Telephone in the Partnership.

McLeodUSA Technology Park   6400 C Street SW   PO Box 3177   Cedar Rapids, IA 52406-3177
Phone 319-790-7744   Fax 319-790-7901   www.mcleodusa.com

10/28/03  TUE 15:41  [TX/RX NO 9068]

Robert J. Allgood
October 28, 2003
Page 2 of 2

Please also confirm that notice to you is sufficient notice to the remaining partners in the Partnership given the current ownership structure.

Sincerely,

Midwest Cellular Associates

*[signature]*

By: McLeodUSA Holdings, Inc.
Its: Managing Partner

cc: Dennis Muncy, Esq.
    Cass County Telephone