IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Danville/Urbana Division

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-2185 |
| MCLEODUSA HOLDINGS, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF FILING**

FILED
AUG 3 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:   Keith E. Emmons
Meyer Capel, A Professional Corporation
306 West Church Street
P.O. Box 6750
Champaign, Illinois 61826-6750

PLEASE TAKE NOTICE that on the 27th day of August, 2004, we filed with the Clerk of the United States District Court for the Central District of Illinois, Danville/Urbana Division, **Notice of Removal** in the above-entitled action, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,
McLeodUSA Holdings, Inc.

By: _____
One of Its Attorneys

Edward F. Malone
Daniel J. Weiss
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350

August 27, 2004