E-FILED
Tuesday, 31 August, 2004  01:40:15 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FOR THE CENTRAL ——— District of ——— ILLINOIS

CASS TELEPHONE COMPANY,
(an Illinois corporation),

        Plaintiff,

   v.

McLEODUSA HOLDINGS, INC.,
(an Iowa corporation),

        Defendant.

**APPEARANCE**

CASE NUMBER: 04-2185

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

   McLeodUSA Holdings, Inc.

I certify that I am admitted to practice in this court.

**FILED**

AUG 3 1 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| August 27, 2004 | *(signature)* |
| Date | Signature |
| | Edward F. Malone     06208496 |
| | Print Name     Bar Number |
| | Jenner & Block LLP |
| | One IBM Plaza |
| | Address |
| | Chicago, IL     60611 |
| | City    State    Zip Code |
| | 312-222-9350     312-527-0484 |
| | Phone Number     Fax Number |