AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FOR THE CENTRAL District of ILLINOIS

CASS TELEPHONE COMPANY
(an Illinois corporation),

    Plaintiff,

McLEODUSA HOLDINGS, INC.,
(an Iowa corporation),

    Defendant.

**APPEARANCE**

CASE NUMBER: 04-2185

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

McLeodUSA Holdings, Inc.

**FILED**

AUG 3 1 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I certify that I am admitted to practice in this court.

August 27, 2004
Date

Signature

Daniel J. Weiss — 6256843
Print Name — Bar Number

Jenner & Block LLP
One IBM Plaza
Address

Chicago, IL 60611
City / State / Zip Code

312-222-9350 — 312-527-0484
Phone Number / Fax Number