**E-FILED**
Friday, 17 September, 2004  03:09:16 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2185 |
| | ) |
| MCLEODUSA HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2004, I electronically filed the foregoing (1) McLeodUSA's Motion to Dismiss Plaintiff's Counts II, III and IV, and to Strike Plaintiff's Claims for Punitive Damages, (2) McLeodUSA's Memorandum of Law in Support of its Motion and (3) McLeodUSA's Answer and Affirmative Defenses to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>   Keith E. Emmons
>   kemmon@meyercapel.com
>   mwofford@meyercapel.com

s/ Edward F. Malone

Edward F. Malone (# 06208496)
Daniel J. Weiss (# 6256843)
Attorneys for McLeodUSA Holdings, Inc.
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois   60611
(312) 222-9350
(312) 527-0484
emalone@jenner.com
dweiss@jenner.com

CHICAGO_1152603_2