## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-2185 |
| | ) |
| MCLEODUSA HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2004, I electronically filed **Cass Telephone Company's Response to McLeodUSA's Motion to Dismiss Counts II, III and IV, and Motion to Strike Claims for Punitive Damages** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Edward F. Malone
>Daniel J. Weiss
>Jenner & Block LLP
>One IBM Plaza
>Chicago, Illinois  60611
>
>emalone@jenner.com
>dweiss@jenner.com
>avail@jenner.com
>docketing@jenner.com

>s/ Keith E. Emmons
>_____
>
>Keith E. Emmons (# 0739219)
>Attorney for Plaintiff
>MEYER CAPEL, A Professional Corporation
>306 W. Church Street
>P.O. Box 6750
>Champaign, IL   61826-6750
>Telephone:   217/352-1800
>Facsimile:     217/352-1083
>kemmons@meyercapel.com