E-FILED
Thursday, 07 October, 2004  01:43:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Urbana/ Danville Division

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-2185 |
| McLEODUSA HOLDINGS, INC., | ) |
| Defendant. | ) |

**REPORT OF RULE 26(f) PLANNING MEETING**

Plaintiff being represented by Keith E. Emmons, MEYER CAPEL and Defendant being represented by Daniel J. Weiss, JENNER & BLOCK LLP, counsel conferred telephonically on September 28, 2004 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates that counsel have agreed upon.

1. The deadline for amendment of pleadings is December 7, 2004.

2. The deadline for joining additional parties is December 7, 2004.

3. The deadline for non-expert discovery is April 6, 2005.

4. Plaintiff shall disclose experts and provide expert reports by June 7, 2005. Plaintiff shall make any such experts available for deposition by June 28, 2005.

5. Defendant shall disclose experts and provide expert reports by August 9, 2005. Defendant shall make any such experts available for deposition by September 7, 2005.

6. All discovery, including deposition of experts, is to be commenced in time to be completed by September 30, 2005.

7. The deadline for filing case dispositive motions shall be November 8, 2005.

| Cass Telephone Company, Plaintiff | McLeodUSA Holdings, Inc., Defendant |
|---|---|
| BY: s/Keith E. Emmons (by express authorization) | BY: s/Edward F. Malone |
| Keith E. Emmons | Edward F. Malone |
| MEYER CAPEL | Daniel J. Weiss |
| 306 W. Church Street | JENNER & BLOCK LLP |
| P.O. Box 6750 | One IBM Plaza |
| Champaign, IL  61826-6750 | Chicago, IL  60611 |
| Telephone:  (217) 352-1800 | Telephone:  (312) 222-9350 |
| Facsimile  (217) 352-1083 | Facsimile:  (312) 840-7252 |

## **ORDER**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____.  (**Case No.** _____)

ENTERED this _____ day of _____, 2004.

_____