# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2185 |
| | ) |
| MCLEODUSA HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2004, I electronically filed the foregoing Report of Rule26(f) Planning Meeting with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Keith E. Emmons
> kemmons@meyercapel.com
> mwofford@meyercapel.com

> s/ Daniel J. Weiss
> ─────────────────────────
>
> Edward F. Malone (# 06208496)
> Daniel J. Weiss (# 6256843)
> Attorneys for McLeodUSA Holdings, Inc.
> Jenner & Block LLP
> One IBM Plaza
> Chicago, Illinois  60611
> (312) 222-9350
> (312) 840-7252
> emalone@jenner.com
> dweiss@jenner.com