E-FILED
Wednesday, 13 October, 2004  02:34:48 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2185 |
| | ) |
| MCLEODUSA HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2004, I electronically filed the foregoing McLeodUSA's Motion for Leave to File a Reply Brief and McLeodUSA's Reply Memorandum in Support of its Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith E. Emmons
kemmons@meyercapel.com
mwofford@meyercapel.com


s/ Daniel J. Weiss
_____

Edward F. Malone
Daniel J. Weiss
Attorneys for McLeodUSA Holdings, Inc.
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois   60611
(312) 222-9350
(312) 840-7252
emalone@jenner.com
dweiss@jenner.com