**E-FILED**
Thursday, 14 October, 2004 03:21:39 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA/DANVILLE DIVISION**

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2185 |
| | ) |
| MCLEODUSA HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF COMPLIANCE**

     I hereby certify that the Rule 26(a)(1) Disclosure Statement of McLeodUSA Holdings, Inc. has been served upon each of the parties to this action by facsimile and depositing same in the United States mail, postage prepaid, in envelopes addressed as follows:

        Keith E. Emmons
        MEYER CAPEL, A Professional Corporation
        306 W. Church Street
        P.O. Box 6750
        Champaign, IL 61826-6750
        (217) 352-1800 (telephone)
        (217) 352-1083 (facsimile)

                                            s/ Daniel J. Weiss
                                            _____

                                            Edward F. Malone
                                            Daniel J. Weiss
                                            Attorneys for McLeodUSA Holdings, Inc.
                                            Jenner & Block LLP
                                            One IBM Plaza
                                            Chicago, Illinois 60611
                                            (312) 222-9350
                                            (312) 840-7252
                                            emalone@jenner.com
                                            dweiss@jenner.com

October 14, 2004