**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2185 |
| ) | |
| MCLEODUSA HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2004, I electronically filed the foregoing Certificate of Compliance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Keith E. Emmons
      kemmons@meyercapel.com
      mwofford@meyercapel.com

      s/ Daniel J. Weiss
      ―――――――――――――――――――

      Edward F. Malone
      Daniel J. Weiss
      Attorneys for McLeodUSA Holdings, Inc.
      Jenner & Block LLP
      One IBM Plaza
      Chicago, Illinois  60611
      (312) 222-9350
      (312) 840-7252
      emalone@jenner.com
      dweiss@jenner.com