IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF COMPLIANCE**

    I hereby certify that the Rule 26(a)(1) Disclosure Statement of Cass Telephone Company has been served upon each of the parties to this action by facsimile and depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

> Edward F. Malone
> Daniel J. Weiss
> Andrew W. Vail
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL  60611-7603

Dated:  October 19, 2004

> s/Keith E. Emmons
> Keith E. Emmons (#0739219)
> Meyer Capel, A Professional Corporation
> 306 West Church Street
> P. O. Box 6750
> Champaign, IL 61826-6750
> Telephone:  217/352-1800
> Fax: 217/352-1083
> E-mail:  kemmons@meyercapel.com