IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 04-2185 |
| | ) |
| MCLEODUSA HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2004, I electronically filed Cass' **Certificate of Compliance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Edward F. Malone
>Daniel J. Weiss
>Andrew W. Vail
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL  60611-7603
>emalone@jenner.com
>dweiss@jenner.com
>docketing@jenner.com

>s/ Keith E. Emmons
>_____

>Keith E. Emmons (#0739219)
>Attorney for Plaintiff/Defendant
>MEYER CAPEL, A Professional Corporation
>306 W. Church Street
>P.O. Box 6750
>Champaign, IL   61826-6750
>Telephone:    217/352-1800
>Facsimile:      217/352-1083
>kemmons@meyercapel.com