E-FILED
Monday, 01 November, 2004  10:42:09 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) | |
| an Illinois corporation, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-2185 |
| MCLEODUSA HOLDINGS, INC., ) | |
| an Iowa corporation, ) | |
| Defendant. ) | |

## DISCOVERY ORDER

A discovery conference was held **October 21, 2004,** pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Keith E. Emmons. Defendant was represented by Daniel J. Weiss and Edward F. Malone. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **December 7, 2004.**

2. The deadline for joining additional parties is **December 7, 2004.**

3. The deadline for non-expert discovery is **April 6, 2005.**

4. Plaintiff shall disclose experts and provide expert reports by **June 7, 2005.** Plaintiff shall make any such experts available for deposition by **June 28, 2005.**

5. Defendant shall disclose experts and provide expert reports by **August 9, 2005.** Defendant shall make any such experts available for deposition by **September 7, 2005.**

6. All discovery, including deposition of experts, is to be completed by **September 30, 2005.**

7. The deadline for filing case dispositive motions shall be **November 8, 2005.**

8. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **February 24, 2006, at 2:30 p.m.**

9. The matter is scheduled for *bench trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **March 6, 2006, at 9:00 a.m. (Case No. 2).**

ENTER this 1st day of November, 2004.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE