AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL — District of — ILLINOIS

CASS TELEPHONE COMPANY,
    Plaintiff,
v.
McLEODUSA HOLDINGS, INC.,
    Defendant.

**APPEARANCE**

CASE NUMBER:  04-CV-2185
Judge McCuskey

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

McLeodUSA Holdings, Inc.



~~I certify that I am admitted to practice in this Court.~~

I certify that my application to practice in this Court is pending.

| 11-10 04 | /s/ Andrew W. Vail |
|---|---|
| Date | Signature |

| Andrew W. Vail | 6279951 |
|---|---|
| Print Name | Bar Number |
| Jenner & Block LLP | |
| One IBM Plaza | |
| Address | |
| Chicago, | IL | 60611 |
| City | State | Zip Code |
| 312-222-9350 | 312-840-8788 |
| Phone Number | Fax Number |