### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **CASS TELEPHONE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.  ) | **Case No. 04-CV-2185** |
| ) | |
| **McLEODUSA HOLDINGS, INC.,** an ) | |
| **Iowa corporation,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#20) was filed by the Magistrate Judge in the above cause on December 3, 2004. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Defendant's Motion to Dismiss Plaintiff's Counts II, III and IV, and to Strike Plaintiff's Claims for Punitive Damages (#7) is GRANTED in part and DENIED in part. The Motion to Dismiss is denied as to Counts II and IV of Plaintiff's complaint and as to Plaintiff's request for punitive damages. The Motion to Dismiss is granted as to Count III of Plaintiff's complaint. Count III is dismissed without prejudice, and Plaintiff is allowed fourteen (14) days to file an amended complaint.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 27th day of December, 2004

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE