**E-FILED**
Thursday, 30 December, 2004  12:01:10 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED MOTION FOR AN EXTENSION OF TIME

Defendant McLeodUSA Holdings, Inc. ("McLeodUSA"), by and through its counsel, Jenner & Block LLP, respectfully requests that this Court grant it an extension of time to file its responsive pleading until fourteen (14) days from the date Cass files an amended complaint, or, if Cass does not file an amended complaint, until January 24, 2005, which is fourteen (14) days from the deadline for Cass to file an amended complaint set by the Court in its December 27, 2004 Order ("Order"). In support of its motion, McLeodUSA states as follows:

1. On December 27, 2004, this Court ordered that: (a) Defendant's Motion to Dismiss Plaintiff's Counts II, III and IV and to Strike Plaintiff's Claims for Punitive Damages is granted in part and denied in part; (b) Plaintiff's Count III is dismissed without prejudice, and Plaintiff is allowed fourteen (14) days to file an amended complaint. (Order at 1.) Therefore, the deadline for Cass to file an amended complaint is January 10, 2005.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), McLeodUSA's answer to Counts II and IV is due on January 10, 2005, the same day as

the deadline for Cass to file its amended complaint.  It would be inefficient for McLeodUSA to file a response to the existing complaint when Cass may be amending its complaint.

3.    Therefore, on December 29, 2004, Edward F. Malone, counsel to McLeodUSA, contacted Keith E. Emmons, counsel to Cass and asked if Cass would agree to give McLeodUSA fourteen (14) days from the filing of an amended complaint for McLeodUSA to file its responsive pleading.  Mr. Emmons stated that he has no objection to this request for an extension of time.

4.    Cass will not be prejudiced if this motion is granted.

5.    This motion is being filed so that McLeodUSA may properly respond to Cass' amended complaint, if such complaint is filed, and not for purposes of delay.

WHEREFORE, by and through its attorneys, McLeodUSA respectfully requests that this Court enter an Order extending McLeodUSA's deadline to file a responsive pleading until fourteen (14) days from the date Cass files an amended complaint, or, if Cass does not file an amended complaint, until January 24, 2005.

Respectfully submitted,

By:    s/ Edward F. Malone

      One of Its Attorneys

Edward F. Malone
Daniel J. Weiss
Attorneys for McLeodUSA Holdings, Inc.
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350
(312) 527-0484
emalone@jenner.com
dweiss@jenner.com

December 30, 2004