IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2185 |
| | ) |
| MCLEODUSA HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 30, 2004, I electronically filed the foregoing Agreed Motion for an Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Keith E. Emmons
       kemmons@meyercapel.com
       mwofford@meyercapel.com


       s/ Edward F. Malone
       ―――――――――――――――――

       Edward F. Malone
       Daniel J. Weiss
       Attorneys for McLeodUSA Holdings, Inc.
       Jenner & Block LLP
       One IBM Plaza
       Chicago, Illinois   60611
       (312) 222-9350
       (312) 840-7252
       emalone@jenner.com
       dweiss@jenner.com