E-FILED
Monday, 10 January, 2005  02:04:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CASS TELEPHONE COMPANY'S MOTION FOR LEAVE TO JOIN McLEODUSA TELECOMMUNICATIONS SERVICES, INC. AS A DEFENDANT**

Comes Now Plaintiff Cass Telephone Company ("Cass" or "Plaintiff") through its attorneys, Meyer Capel, pursuant to the Court's Order dated December 27, 2004 and Federal Rule of Civil Procedure 20 and for its Motion for Leave To Join McLeodUSA Telecommunications Services, Inc. as a Defendant, states as follows:

1.  Plaintiff filed its original four count Complaint against McLeodUSA Holdings, Inc. ("McLeod") in the Circuit Court of the Sixth Judicial Circuit, Champaign County, Illinois on July 29, 2004 alleging Breach of Contract (Count I), Breach of Fiduciary Duty (Count II), Tortious Interference With Business Expectancies (Count III), and seeking an Accounting (Count IV).

2.  Defendant removed Plaintiff's Complaint to the United States District Court for the Central District of Illinois on August 31, 2004.

3.  Defendant filed an Answer and Motion to Dismiss on September 17, 2004.

4.  On December 27, 2004, the Court entered an order denying in part and granting in part the Defendant's Motion to Dismiss. The Court dismissed Count III of the Plaintiff's Complaint for Tortious Interference With Business Expectation (without prejudice) and further

granted Plaintiff Leave To Amend Its Complaint within 14 days.

5. Plaintiff has attached its proposed Amended Complaint hereto and hereby seeks leave to add McLeodUSA Telecommunications Services, Inc. ("MUSATS") as a defendant in order to amend its Complaint in accordance with the Court's December 27, 2004 Order and Federal Rule of Civil Procedure 20.

6. Federal Rule of Civil Procedure 20 provides that "all persons . . . may be joined in one action as defendants if there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action."

7. The Court's original Rule 16 Discovery Order entered November 12, 2004 set the deadline for amending pleadings and joining additional parties as December 7, 2004. Plaintiff's amended complaint and motion to join MUSATS is responsive to the court's December 27, 2004 order allowing Plaintiff leave to amend.

8. Plaintiff's proposed amended complaint adding a claim against MUSATS for tortious interference with business expectancies and its complaint against McLeod arises out of the same transactions and occurrences and involves questions of law and fact that are common to all defendants.

9. No party will be prejudiced by the addition of MUSATS at this early stage in the lawsuit.

10. Filed concurrently herewith is Plaintiff's Memorandum of Authorities in Support of Motion For Leave To Join McLeodUSA Telecommunications Services, Inc. as a Defendant.

10. Also attached hereto is Plaintiff's Proposed Amended Complaint.

WHEREFORE, for these and other reasons set forth in Plaintiff's Memorandum of Authorities, Plaintiff respectfully requests that the court enter an order granting Plaintiff leave to add McLeodUSA Telecommunications Services, Inc. as a defendant, leave to file Plaintiff's First Amended Complaint as attached, and further directing the Clerk of Court to issue a summons for the newly added defendant.

    CASS TELEPHONE COMPANY,
    Plaintiff,

    By:    Meyer Capel, A Professional Corporation


    s/ Keith E. Emmons
    Keith E. Emmons (#0739219)
    Meyer Capel, A Professional Corporation
    306 West Church Street
    P. O. Box 6750
    Champaign, IL 61826-6750
    Telephone: 217/352-1800
    Fax: 217/352-1083
    E-mail: kemmons@meyercapel.com