IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 04-2185 |
| | ) |
| MCLEODUSA HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2005, I electronically filed Cass Telephone Company's **Memorandum of Law in Support of Motion for Leave to Join McLeodUSA Telecommunications Services, Inc. as a Defendant** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward F. Malone
Daniel J. Weiss
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois  60611

emalone@jenner.com
dweiss@jenner.com
avail@jenner.com
docketing@jenner.com

s/ Keith E. Emmons
Keith E. Emmons (# 0739219)
Attorney for Plaintiff
MEYER CAPEL, A Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL   61826-6750
Telephone:   217/352-1800
Facsimile:   217/352-1083
kemmons@meyercapel.com