IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2185 |
| ) | |
| MCLEODUSA HOLDINGS, INC. and ) | |
| MCLEODUSA TELECOMMUNICATIONS ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2005, I electronically filed the foregoing (1) McLeodUSA's Motion to Dismiss Plaintiff's Count III of its First Amended Complaint, (2) McLeodUSA's Memorandum of Law in Support of its Motion and (3) McLeodUSA's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Keith E. Emmons
      kemmon@meyercapel.com
      mwofford@meyercapel.com


      s/ Edward F. Malone
      ―――――――――――――――――――

      Edward F. Malone
      Daniel J. Weiss
      Andrew W. Vail
      Attorneys for McLeodUSA Holdings, Inc. and
      McLeodUSA Telecommunications Services, Inc.
      Jenner & Block LLP
      One IBM Plaza
      Chicago, Illinois   60611
      (312) 222-9350
      (312) 527-0484 (fax)
      emalone@jenner.com
      dweiss@jenner.com
      avail@jenner.com