**E-FILED**
Tuesday, 25 January, 2005  04:44:18 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

# *McLeodUSA*

October 28, 2003

**By Facsimile and Courier**

Robert J. Allgood
Cellco Partnership
Illinois SMSA Limited Partnership
Verizon Wireless, LLC
One Verizon Place  MC:GA1A2FRP
Alpharetta, GA 30004-8511

RE: Illinois SMSA Limited Partnership:

I am writing with respect the Illinois SMSA Limited Partnership (the "Partnership"), and as Managing Partner of Midwest Cellular Associates, a limited partner in the Partnership.

As you know, Section 6.12 of the Agreement of Limited Partnership of Illinois SMSA Limited Partnership Dated as of February 5, 1987 (the "Agreement"), requires the mandatory withdrawal of any partner from the Partnership in the event any partner, or an Affiliate (as defined) of a partner, provides Cellular Service independently of the Partnership within any CGSA subject to the Agreement (the "Territory").

The purpose of this letter is to advise you that McLeodUSA Telecommunications Services, Inc, an Affiliate of Midwest Cellular Associates and a subsidiary of its Managing Partner, is in the process of offering Cellular Services within the Territory, and therefore must withdraw from the Partnership pursuant to Section 6.12 of the Agreement, and triggering the voluntary withdrawal provisions of Section 9.1 of the Agreement.

Notwithstanding the foregoing, Cass County Telephone Company ("Cass"), a 5% limited partner in Midwest Cellular Associates, remains very much interested in continued participation in the Partnership.  In addition, Cass remains interested in participating in the current capital call made on behalf of the Partnership at a level proportionate with its current indirect interest. Consequently, Midwest Cellular Associates and Cass would like to explore options that might be available to facilitate Cass' continued participation.

We look forward to discussing the available alternatives with you to accomplish the required withdrawal of Midwest Cellular Associates, and the continued participation by Cass County Telephone in the Partnership.

McLeodUSA Technology Park   6400 C Street SW   PO Box 3177   Cedar Rapids, IA 52406-3177
Phone 319-790-7744   Fax 319-790-7901   www.mcleodusa.com

10/28/03   TUE 15:41   [TX/RX NO 9068]

Robert J. Allgood
October 28, 2003
Page 2 of 2

Please also confirm that notice to you is sufficient notice to the remaining partners in the Partnership given the current ownership structure.

Sincerely,

Midwest Cellular Associates

By:  McLeodUSA Holdings, Inc.
Its:  Managing Partner


cc:  Dennis Muncy, Esq.
     Cass County Telephone

# EXHIBIT D

McLeodUSA Wireless



# Wireless



## Business Services
## Finally ... Wireless Service Designed for Business

Stay connected to your customers, partners and employees no matter where your business takes you, with McLeodUSA's Preferred Advantage$^{SM}$ Wireless - a wireless service designed specifically for business.

Privacy Policy   Acceptable Use Policy   Tariffs   Site Map   Browser Requirements   Copyright © 2003 McLeodUSA Incorporate









# Wireless



## FAQs

## Wireless

**Frequently Asked Questions**

**Availability and Coverage Area**

Where is McLeodUSA Preferred Advantage<sup>SM</sup> Wireless available?

Where is your wireless coverage area?

**Wireless Technology**

What is the difference between CDMA and TDMA?

Why does McLeodUSA choose to use TDMA?

What is the Message Waiting Indicator?

What is Text Messaging?

**Equipment**

How are wireless phones different and what kind should I buy?

What is the difference between Nickel Cadmium (NiCd), Lithium Ion and Nickel Metal Hydride (NiMH) batteries?

When and how long should I charge my battery?

**Ordering**

How do I order McLeodUSA Preferred Advantage<sup>SM</sup> Wireless?

Where can I find pricing information for McLeodUSA Wireless plans?

Where can I learn more about McLeodUSA services?

**Troubleshooting Tips**

How can I contact Customer Service?

Why do I get a fast busy signal when I try to make a call?

Why do I hear a lot of static while using my phone indoors?

Why is my phone ROAM indicator lit?

Why does my phone display "No Service"?

A recording says call "can't be completed as dialed"?

**Customer Support**

What do I do if I experience problems with or have questions about my McLeodUSA services?

**Billing/Payments**

How many days do I have to pay my bill?

How can I help ensure prompt processing of my bill payment?

Where do I send my payment?

How are my services billed?

**General Questions About Wireless Service**

How does wireless phone service work?

How do I use a wireless phone?

How do I use my phone outside my local or "home" area?

How do I make emergency calls?

How do I reach Operator Assistance?

My phone was stolen. What should I do?

**About McLeodUSA**

Is McLeodUSA a publicly traded company?

Where can I get investor information?

# Availability and Coverage Area

**Where is McLeodUSA Preferred Advantage[SM] Wireless available?**

McLeodUSA Preferred Advantage [SM] Wireless services will be available throughout most of the 45 markets within our 25-state footprint by November, 2003. For information on availability within your specific geographic area, contact McLeodUSA Customer Service at 1-800-593-1177.

**Where is your wireless coverage area?**

Click here to view a map of our wireless coverage area.



**Return to Index ▲**

## Wireless Technology

**What is the difference between CDMA and TDMA?**

**TDMA (Time Division Multiple Access)**
TDMA is the digital technology adopted by
McLeodUSA Preferred Advantage[SM] Wireless and
several other leading wireless carriers. The
wireless phone and the wireless switch to which the
towers are connected assign time slots to digitized
bits of each wireless phone call to send them over
the airwaves.

**CDMA (Code Division Multiple Access)**
CDMA is a digital wireless technology adopted by
some wireless carriers. The wireless phone and the
wireless switch to which towers are connected tag
digitized segments of a conversation with a unique
code. This permits the segment to occupy a broad
range of frequencies, to be identified and re-
assembled into voice at the other end by having the
correct code. This process can be compared in
some ways to an English-speaking individual
picking out the only other person in a room full of
foreigners who is speaking English (code).

**Why does McLeodUSA choose to use TDMA?**
McLeodUSA feels TDMA is a better technology because it
enables us to serve more customers in more states.

**What is the Message Waiting Indicator?**
Message Waiting Indicator is an enhancement to McLeodUSA
voice mail services that lets you know that you have new voice
messages in your wireless or integrated voice mailbox. This
makes it easier to check for messages. You only have to call in
when you know you have a message, saving you time and
money.

**What is Text Messaging?**
Text Messaging lets you receive numeric and/or text messages
up to 160 characters in length (including e-mail addresses and
any spaces used) on your digital multi-network phone display.
You may no longer need to carry a phone and separate pager
because both wireless phone service and messaging services
may be delivered to your digital multi-network phone. When
someone sends you a message, the phone will alert you and an
envelope indicator will appear on the screen letting you know

you have a new message. If your digital multi-network phone is turned off, or if you're out of the coverage area when someone sends you a message, the McLeodUSA network will store the message up to 72 hours. Attempts will be made to deliver the message to you if you return to the coverage area and power up the phone within that 72-hour time period. After 72 hours, undelivered messages will be deleted.



## Equipment

**How are wireless phones different and what kind should I buy?**
Today's portable cellular phones are smaller and more convenient than ever before. Their size tends to more mobility and accessibility. Among the portables, there are digital and digital multi-network phones. Digital multi-network phones are designed to work with today's more advanced features. Visit Phones and Accessories to see which phones are compatible with the service features you want.

**What is the difference between Nickel Cadmium (NiCd), Lithium Ion and Nickel Metal Hydride (NiMH) batteries?**
NiMH batteries generally provide at least 30% more talk time than NiCd batteries and take approximately 20% longer to charge. NiMH batteries are also considered more "environmentally friendly" than NiCd batteries and are not susceptible to memory effect. Lithium Ion batteries are a long-lasting battery for maximum talk time. They are rechargeable with no memory effect because of the advanced Lithium Ion technology.

Memory effect is a memory imprint created when a battery is recharged before it is fully discharged. When battery charge falls to the level at which it was charged the last time, the battery falsely "remembers" it needs to be charged again.

**When and how long should I charge my battery?**
Since battery and charger types vary among phone models, it is best to refer to your owner's manual for specific instructions on battery-charging procedures.

## Ordering

**How do I order McLeodUSA Preferred Advantage<sup>SM</sup>**

*Correction:* **How do I order McLeodUSA Preferred Advantage$^{SM}$ Wireless?**

Business customers, please call 1-800-593-1177 to speak to

one of our  certified Sales Representatives.

**Where can I find pricing information for McLeodUSA Wireless plans?**

Visit the <u>Wireless section</u> of our Website or call 1-800-593-1177

to speak to one of our ★QUALITY™ certified Sales Representatives.

**Where can I learn more about McLeodUSA services?**

Visit the <u>Business Solutions section</u> of the McLeodUSA Website. Or call 1-800-593-1177 to speak to one of our

★QUALITY™ certified Sales Representatives.

[ Return to Index ▲ ]

## Troubleshooting Tips

**How can I contact Customer Service?**

We are dedicated to providing you with world-class service. If you ever have a problem with any of your services, you can:

· Call Customer Service at 1-800-593-1177.

· <u>E-mail Customer Service</u>.

**Why do I get a fast busy signal when I try to make a call?**

· Retry your call.

· If dialing an international call, make sure you dialed 011 and the correct international country code.

· If the problem continues, contact our Customer Service team at 1-800-593-1177.

**Why do I hear a lot of static while using my phone indoors?**

Call quality may vary in different buildings because of variations in their construction and architecture. Try moving closer to a window to improve your reception.

**Why is my phone ROAM indicator lit?**

This probably means that you are outside your home service area. To place a call while roaming outside your home service area, dial the 10-digit or 1 + 10-digit number. Please note that your calls may be subject to roaming and toll charges, depending on your individual calling plan.

**Why does my phone display "No Service"?**

The wireless signal may be too weak at your current location. Try your call again from another area.

If "No Service" stays on in an area where you think you should
be getting reception, call Customer Service at 1-800-593-1177.
**A recording says call "can't be completed as dialed"?**
You may need to dial an area code or a (1) before the number.
Some areas require 10-digit dialing for local calls as well as
long distance.

If your call still does not go through, make a note of the
recording and call Customer Service at 1-800-593-1177.



## Customer Support

**What do I do if I experience problems with or have
questions about my McLeodUSA services?**
We are dedicated to providing you with world-class service. If
you ever have a problem with any of your services, you can:
· Call Customer Service at 1-800-593-1177.
· E-mail Customer Service.



## Billing/Payments

**How many days do I have to pay my bill?**
Payments are due approximately 20 days after the billing cycle
date. Refer to the top right-hand corner of the first page of your
bill for the exact date your payment is due.
**How can I help ensure prompt processing of my bill
payment?**
Return the bottom portion of the first page of your bill
(remittance portion) with your payment using the enclosed
envelope. Please write your account and telephone numbers on
your check or money order. If you are paying for multiple
accounts, attach the remittance portion of each bill to ensure
that every account is properly credited.

McLeodUSA also offers the convenient option of Automated
Payment Service. Through auto-pay, you can arrange to pay
your phone bill each month by having the monthly charges
automatically charged to your credit card. For more information
on this option, please call our Customer Service team at 1-800-
593-1177.

**Where do I send my payment?**
Please mail your payment to:
McLeodUSA
PO Box 3243
Milwaukee, WI 53201-3243

Please note: This address is for payments only. For all other correspondence, call 1-800-593-1177 for the appropriate address.

**How are my services billed?**
All products with monthly recurring charges, including your local service, are billed in advance. As a new customer, we send your first bill at the end of your first billing cycle. Since McLeodUSA installs your service as quickly as possible after your order, it is likely that the first bill will be for a period less than a full month (partial month). On the first bill, you have been charged for that portion of your monthly recurring charges from the date service was installed to the end of your first monthly billing cycle.
For example, if your monthly billing cycle was Jan 4 to Feb 3 and your installation date was Jan 24, the first bill would be a partial month charge for 11 days from Jan 24 to Feb 3. If your monthly recurring local package charge is $36.95, the partial month charge would be $13.55. ($36.95 divided by 30 days times 11 days = $13.55)

Since monthly recurring charges are billed in advance, your first bill also includes monthly recurring charges for the next month following the month of installation.

In the example above, the first bill dated Feb 4 would include Partial Month charges for January of $13.55 and Full Month charges for February of $36.95.

Your first bill for Long Distance Package minutes will be adjusted based on the number of days between your installation date and the end of your first monthly billing cycle

For example, if your billing cycle was Jan 4 to Feb 3 and your installation date was Jan 24, the first bill would include a partial month charge for 11 days from Jan 24 to Feb 3. If your monthly long distance package rate (120 Minute Package) is $8.28, the partial month package minutes would be 44 minutes (120 minutes divided by 30 days times 11 days = 44 minutes) and the partial month charge would be $3.04 ($8.28 divided by 120 minutes = 6.9 cents/minute times 44 minutes = $3.04).

Full Month charges are for your entire billing cycle, and will

include monthly recurring charges for the next month billed in advance, and Long Distance Package Charges of the prior month.

For example, if the first full monthly billing cycle ended on March 3, your full month bill dated March 4 would include monthly recurring charges billed in advance for March 4 to April 3 and charges for your Long Distance Package calls from Feb 4 to March 3.



Return to index ▲

## General Questions About Wireless Service

**How does wireless phone service work?**
When you make a call, your phone generates a radio signal that is picked up by an antenna on a nearby cell tower. The antenna is tuned into a specific frequency, so it can distinguish between signals coming from cell phones, radio broadcasting stations, and garage door openers. The cell tower redirects the signal from your phone to a switching station. The switching station, or simply, the switch, reads the contents of your phone's radio transmission. It sees what number you are trying to reach, and it redirects your call along a specific line to its final destination. After the connection is established, your phone sends your voice as radio signals to the cell tower, through the switch, and to the end of the line. When you listen, you are hearing radio signals from the cell tower received by your phone. Since radio signals weaken the farther out they travel, you must be in the vicinity of a cell tower tuned to the frequency of your phone to make and receive calls. Each cell tower covers a specific area called a cell. This is why your cellular service works when you go from city to city or state to state. In fact, if you are riding in a car when you are on your cell phone, you may leave one cell's coverage area and enter another without even knowing it. The network simply switches you over to the next cell automatically.

**How do I use a wireless phone?**
First, make sure your battery is charged. Most phones have an on screen indicator to show battery level. Consult the user guide that came with your phone if you are not sure your battery is charged.

**To make a call:**
Just follow these three simple steps and you're talking to your party.

1. Turn on your phone by pressing the power button. (It usually reads "PWR" on the key pad.) You won't hear a dial tone.
2. If your call is local and to a land line number (like your home or office number), or to another wireless phone, enter the area code and number.
3. Press the SEND/YES key and wait for your party to answer.

**To end a call:**
To end your call, just press END. (Some portable flip phones automatically end the call when you close the flip onto the dial pad; please refer to your owner's manual for instructions.)

**To answer an incoming call:**
To receive calls, make sure the phone is powered on. Simply press the SEND/YES key to anwer a call. With some portable flip phones, you need only open the flip to answer the call.

**How do I use my phone outside my local or "home" area?**
With Preferred Advantage$^{SM}$ Wireless, almost any place can be just a phone call away. As a McLeodUSA customer, you have access to the powerful North American Cellular Network$^{SM}$, which means you can place and receive calls in over 5,000 cities. Callers need only use your regular wireless number to reach you. You place long distance calls by dialing: 1 + area code + phone number. For local calls, dial 1 + area code + phone number.

Roaming charges will apply for calls made and received when using your phone when it is off our wireless network. Your phone will indicate when you are "roaming."

**How do I make emergency calls?**
To call for help or report an emergency from your wireless phone, follow these steps:

1. Power on your phone.

2. Dial 911. Press SEND/YES.

Your call will be routed to the proper authorities. Please be prepared to give the exact location and details about the situation.

**How do I reach Operator Assistance?**
Operator assistance is limited to routing emergency calls and placing calling card calls. We are not equipped to accept collect calls or to arrange third-party billing to a wireless phone. Please use Directory Assistance (411) for obtaining phone numbers and Customer Service (611) for help with account, service, and equipment issues.

To reach the local operator, Dial 0, then press SEND/YES.

Regular airtime rates apply.

**My phone was stolen. What should I do?**

You should contact our Customer Service department at 1-800-593-1177 as soon as possible to report your phone stolen.



## About McLeodUSA

**Is McLeodUSA a publicly traded company?**

The Company's Class A common stock is traded on the NASDAQ SmallCap market under the symbol "MCLD." Preferred stock is traded under the symbol "MCLDO."

**Where can I get investor information?**

For general investor and financial information, visit the McLeodUSA Investor Relations section of this site. For general investor and financial information, visit the McLeodUSA Investor Relations section of this site, contact us via e-mail at mcleodusa_ir@mcleodusa.com, or via telephone at (319) 790-7800.

For inquiries regarding stock transfers, lost certificates or address changes, please contact the Company's transfer agent:
Wells Fargo Bank Minnesota, N.A.
PO Box 64854
St. Paul, MN 55164-0854
800-468-9716
www.wellsfargo.com/shareownerservices



Privacy Policy   Acceptable Use Policy   Tariffs   Site Map   Browser Requirements   Copyright © 2003 McLeodUSA Incorporate

CM 10.03.5K



## Preferred Advantage℠ Wireless

★ McLeodUSA

## Coverage Map

**Digital National Service Area**
Voice usage in this area will be applied to any included minutes in your plan.

**Roaming Area**
Voice usage in this area will be billed according to the roaming rate listed for your plan.

**Service Not Available**

This map is a general representation of wireless coverage, and the areas shown are approximate. Actual coverage depends on system availability and system capacity, system repairs and modifications, customer's equipment, terrain, signal strength, weather and other conditions. This map is not a representation of where service can be purchased. Long distance charges may apply. Roaming rates may apply wherever a non-IWAY Wireless network is used to place or receive the call, regardless of location.

