E-FILED
Tuesday, 25 January, 2005  04:50:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2005, I electronically filed Cass Telephone Company's **First Amended Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Edward F. Malone
>Daniel J. Weiss
>Jenner & Block LLP
>One IBM Plaza
>Chicago, Illinois  60611
>
>emalone@jenner.com
>dweiss@jenner.com
>avail@jenner.com
>docketing@jenner.com

>                    s/ Keith E. Emmons_____
>
>Keith E. Emmons (# 0739219)
>Attorney for Plaintiff
>MEYER CAPEL, A Professional Corporation
>306 W. Church Street
>P.O. Box 6750
>Champaign, IL   61826-6750
>Telephone:    217/352-1800
>Facsimile:    217/352-1083
>kemmons@meyercapel.com