IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2185 |
| | ) |
| McLEODUSA HOLDINGS, INC. and | ) |
| McLEODUSA TELECOMMUNICATIONS | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

    I hereby certify that Cass Telephone Company's First Set of Interrogatories to Defendant has been served upon each of the parties to this action by depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

    Edward F. Malone
    Daniel J. Weiss
    Attorneys for McLeodUSA Holdings, Inc.
    Jenner & Block LLP
    One IBM Plaza
    Chicago, Illinois  60611-7603
    (312) 222-9350
    (312) 804-7252
    emalone@jenner.com
    dweiss@jenner.com

    s/Keith E. Emmons_____
    Keith E. Emmons
    Meyer Capel, A Professional Corporation
    306 West Church Street
    P. O. Box 6750
    Champaign, IL 61826-6750
    Telephone:  217/352-1800
    Fax: 217/352-1083
    E-mail:  kemmons@meyercapel.com

Dated:  January 26, 2005