E-FILED
Friday, 04 February, 2005  02:51:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2005, I electronically filed Cass Telephone Company's **Response to McLeodUSA'S Motion to Dismiss Plaintiff's Count III of its First Amended Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Edward F. Malone
> Daniel J. Weiss
> Jenner & Block LLP
> One IBM Plaza
> Chicago, Illinois  60611
>
> emalone@jenner.com
> dweiss@jenner.com
> avail@jenner.com
> docketing@jenner.com

> s/ Keith E. Emmons_____
>
> Keith E. Emmons (# 0739219)
> Attorney for Plaintiff
> MEYER CAPEL, A Professional Corporation
> 306 W. Church Street
> P.O. Box 6750
> Champaign, IL  61826-6750
> Telephone:    217/352-1800
> Facsimile:     217/352-1083
> kemmons@meyercapel.com