**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2185 |
| ) | |
| MCLEODUSA HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that McLeodUSA's First Set of Interrogatories to Cass Telephone Company has been served upon each of the parties to this action by facsimile and depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

      Keith E. Emmons
      Meyer Capel, A Professional Corporation
      306 West Church Street
      P.O. Box 6750
      Champaign, Illinois 61826-6750
      Fax: (217) 352-1083

      s/ Daniel J. Weiss
      _____

      Edward F. Malone
      Daniel J. Weiss
      Andrew W. Vail
      Attorneys for McLeodUSA Holdings, Inc. and
      McLeodUSA Telecommunications Services, Inc.
      Jenner & Block LLP
      One IBM Plaza
      Chicago, Illinois  60611
      (312) 222-9350
      (312) 840-7252
      emalone@jenner.com
      dweiss@jenner.com
      avail@jenner.com

Dated: February 8, 2005