IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., and | ) | |
| MCLEODUSA TELECOMMUNICATIONS, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | | |

**AGREED MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY**

      Plaintiff Cass Telephone Company ("Cass"), by and through its counsel, Meyer Capel, A Professional Corporation and Defendant McLeodUSA Holdings, Inc. ("McLeodUSA"), by and through its counsel, Jenner & Block LLP, respectfully requests that this Court grant them a revision of the Discovery Order entered on or about November 1, 2004.  In support of their motion, the Parties state as follows:

      1.      On November 1, 2004, this Court entered a Discovery Order which provided certain deadlines for the completion of discovery prior to trial.

      2.      The Parties propose a thirty (30) day extension to the following deadlines:  the deadline for non-expert discovery (Discovery Order paragraph 3); Plaintiff's deadline to disclose experts, provide expert reports and make any such experts available for deposition (Discovery Order paragraph 4); Defendant's deadline to disclose experts, provide expert reports and to make any such experts available for deposition (Discovery Order paragraph 5); the deadline to complete all discovery, including deposition of experts (Discovery Order paragraph 6); and the deadline for filing case dispositive motions (Discovery Order paragraph 7).

      3.      The Parties have followed the current Discovery Order, however, the Parties were not at issue until the end of January 2005 due to pending Motions (one of which is not yet resolved) and the filing of Cass's First Amended Complaint with the Court's approval.

4. Discovery has been proceeding in that Cass tendered its First Set of Interrogatories and First Set of Requests for Production of Documents on January 26, 2005; McLeodUSA tendered its First Set of Interrogatories and First Set of Requests for the Production of Documents on February 8, 2005; and, McLeod tendered its Second Set of Requests for the Production of Documents on February 25, 2005.

6. The Parties suggest that the proposed Discovery Order attached to this Motion as Exhibit A, which extends the dates referenced in paragraph one above by thirty (30) days, will more appropriately provide time for the Parties to complete underlying discovery in this matter.

7. This Motion is not made for purposes of delay and the Parties do not seek to change the dates set by the Court for the final pre-trial conference or bench trial.

WHEREFORE, by and through their attorneys, Cass and McLeodUSA jointly request that this Court enter an Order extending the discovery deadlines as referenced in the revised Discovery Order attached to this Motion as Exhibit A.

Dated: March 3, 2005

    Respectfully submitted,

    CASS TELEPHONE COMPANY,
    Plaintiff,

    By:    Meyer Capel, A Professional Corporation

    s/ Keith E. Emmons
    Keith E. Emmons (#0739219)
    Meyer Capel, A Professional Corporation
    306 West Church Street
    P. O. Box 6750
    Champaign, IL 61826-6750
    Telephone: 217/352-1800
    Fax: 217/352-1083
    E-mail: kemmons@meyercapel.com

MCLEODUSA HOLDINGS, INC.,
Defendant,

By:     Jenner & Block LLP

<u>s/ Edward F. Malone</u>
Edward F. Malone
Daniel J. Weiss
Attorneys for McLeodUSA Holdings, Inc.
Jenner & Block LLP
One IBM Plaza
Chicago, lllinois 60611
(312) 222-9350
(312) 527-0484
emalone@jenner.com dweiss@jenner.com