E-FILED
Thursday, 03 March, 2005  01:46:00 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., and | ) | |
| MCLEODUSA TELECOMMUNICATIONS, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | | |

## DISCOVERY ORDER

A discovery conference was held October 21, 2004, pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Keith E. Emmons. Defendant was represented by Daniel J. Weiss and Edward F. Malone. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is December 7, 2004.

2. The deadline for joining additional parties is December 7, 2004.

3. The deadline for non-expert discovery is May 6, 2005.

4. Plaintiff shall disclose experts and provide expert reports by July 6, 2005. Plaintiff shall make any such experts available for deposition by July 27, 2005.

5. Defendant shall disclose experts and provide expert reports by September 8, 2005. Defendant shall make any such experts available for deposition by October 6, 2005.

6. All discovery, including deposition of experts, is to be completed by October 31, 2005.

7. The deadline for filing case dispositive motions shall be December 8, 2005.

8. The matter is scheduled *forfinal pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on February 24, 2006, at 2:30 p.m.

9. The matter is scheduled for *bench trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on March 6, 2006, at 9:00 a.m. (Case No.2).

ENTER this _____ day of March, 2005.

                                                          _____  
                                                          DAVID G. BERNTHAL  
                                                          U.S. MAGISTRATE JUDGE