IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., and | ) | |
| MCLEODUSA TELECOMMUNICATIONS, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2005, I electronically filed the Parties' **Agreed Motion**

**For an Extension of Time to Complete Discovery** with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to the following:

> Edward F. Malone
> Daniel J. Weiss
> Jenner & Block LLP
> One IBM Plaza
> Chicago, Illinois  60611
>
> emalone@jenner.com
> dweiss@jenner.com
> avail@jenner.com
> docketing@jenner.com

> s/ Keith E. Emmons_____
>
> Keith E. Emmons (# 0739219)
> Attorney for Plaintiff
> MEYER CAPEL, A Professional Corporation
> 306 W. Church Street
> P.O. Box 6750
> Champaign, IL   61826-6750
> Telephone:    217/352-1800
> Facsimile:    217/352-1083
> kemmons@meyercapel.com