**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **CASS TELEPHONE COMPANY,** ) | |
| an Illinois corporation, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-2185 |
| **MCLEODUSA HOLDINGS, INC.,** ) | |
| an Iowa corporation, ) | |
| Defendant. ) | |

**REVISED DISCOVERY ORDER**

The Agreed Motion for Extension of Time to Complete Discovery **(#40)** is **ALLOWED**. The discovery calendar is modified as follows:

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **December 7, 2004.**

2. The deadline for joining additional parties is **December 7, 2004.**

3. The deadline for non-expert discovery is **April 6, 2005.**

4. Plaintiff shall disclose experts and provide expert reports by **July 6, 2005.** Plaintiff shall make any such experts available for deposition by **July 27, 2005.**

5. Defendant shall disclose experts and provide expert reports by **September 8, 2005.** Defendant shall make any such experts available for deposition by **October 6, 2005.**

6. All discovery, including deposition of experts, is to be completed by **October 31, 2005.**

7. The deadline for filing case dispositive motions shall be **December 8, 2005.**

8. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **February 24, 2006, at 2:30 p.m.**

9. The matter is scheduled for *bench trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **March 6, 2006, at 9:00 a.m. (Case No. 2).**

ENTER this 7th day of March, 2005.

                                                        s/ DAVID G. BERNTHAL
                                                       U.S. MAGISTRATE JUDGE