# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 04-2185 |
| MCLEODUSA HOLDINGS, INC. and ) | |
| MCLEODUSA TELECOMMUNICATIONS ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) McLeodUSA Holdings, Inc. and McLeodUSA Telecommunications Services, Inc. ("McLeodUSA") and Cass Telephone Company ("Cass") (collectively the "Parties"), respectfully and jointly request that the Court order a protective order to prevent unauthorized disclosure and use of the Parties' trade secrets and other confidential information during and after the course of this litigation. In support of this motion, the Parties state as follows:

1.    During discovery in this matter the Parties will produce certain confidential financial and competitive information that each party wishes to protect from unnecessary public disclosure.

2.    Pursuant to Fed. R. Civ. P. 26(c), the Parties have agreed upon a protective order that they respectfully submit would appropriately protect their confidential information without unnecessarily impeding these proceedings. The Parties' Agreed Protective Order ("Order") is attached hereto as Exhibit 1.

3.  Under the Order, discovery information designated as "Confidential Material" by either party shall not be disclosed publicly, and shall be filed with the Court, if at all, under seal. (*See* Ex. 1 ¶ ¶ 6-10.)

4.  Under the Order, information shall be designated as "Confidential Information" only when a party has a good faith belief that the material contains trade secrets, propriety information, or other confidential information that is an appropriate subject of a protective order under Fed. R. Civ. P. 26(c). (*See* Ex. 1 ¶ 1.)

5.  The Parties respectfully submit that the entry of the agreed protective order will expedite discovery in this matter, appropriately protect confidential information, and will serve no improper purpose.

WHEREFORE, the Parties respectfully request that the Court enter the Agreed Protective Order attached hereto.

| | |
|---|---|
| McLeodUSA Holdings, Inc. and McLeodUSA Telecommunications Services, Inc. | Cass Telephone Company |
| By:  s/Edward F. Malone<br>One of Their Attorneys | By:  s/Keith E. Emmons<br>One of Its Attorneys |
| Edward F. Malone<br>Daniel J. Weiss<br>Andrew W. Vail<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, Illinois 60611<br>(312) 222-9350<br>(312) 840-7517<br>emalone@jenner.com<br>dweiss@jenner.com<br>avail@jenner.com | Keith E. Emmons<br>MEYER CAPEL<br>P.O. Box 6750<br>306 West Church Street<br>Champaign, Illinois 61826-6750<br>(217) 352-1800<br>(217) 352-1083<br>kemmons@MeyerCapel.com |