IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2185 |
| ) | |
| MCLEODUSA HOLDINGS, INC., and ) | |
| MCLEODUSA TELECOMMUNICATIONS, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that I caused McLeodUSA's Responses to Cass Telephone's First Set of Interrogatories to Defendant to be served upon each of the parties to this action on March 21, 2005, by facsimile and by depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

      Keith E. Emmons
      Meyer Capel, A Professional Corporation
      306 West Church Street
      P.O. Box 6750
      Champaign, Illinois 61826-6750
      Fax: (217) 352-1083


      s/ Daniel J. Weiss
      _____

      Edward F. Malone
      Daniel J. Weiss
      Andrew W. Vail
      Attorneys for McLeodUSA Holdings, Inc. and
      McLeodUSA Telecommunications Services, Inc.
      Jenner & Block LLP
      One IBM Plaza
      Chicago, Illinois   60611
      (312) 222-9350
      (312) 840-7252
      emalone@jenner.com
      dweiss@jenner.com
      avail@jenner.com

Dated:  March 30, 2005