IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2185 |
| | ) | |
| McLEODUSA HOLDINGS, INC. and | ) | |
| McLEODUSA TELECOMMUNICATIONS | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that Cass Telephone Company's Answers and Objections to McLeodUSA Holdings, Inc.'s and McLeodUSA Telecommunications Services, Inc.'s First Set of Requests for Production of Documents was served upon each of the parties to this action on March 23, 2005, by facsimile and depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

>Edward F. Malone
>Daniel J. Weiss
>Andrew W. Vail
>Attorneys for McLeodUSA Holdings, Inc.
>Jenner & Block LLP
>One IBM Plaza
>Chicago, Illinois  60611-7603
>(312) 222-9350
>(312) 804-7252

>>s/Keith E. Emmons
>>Keith E. Emmons
>>Meyer Capel, A Professional Corporation
>>306 West Church Street
>>P. O. Box 6750
>>Champaign, IL 61826-6750
>>Telephone:  217/352-1800
>>Fax: 217/352-1083
>>E-mail:  kemmons@meyercapel.com

Dated:  March 31, 2005