**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-2185 |
| MCLEODUSA HOLDINGS, INC., and MCLEODUSA TELECOMMUNICATIONS, INC. | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2005, I electronically filed the Parties' **Agreed Motion to Amend Discovery Order** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Edward F. Malone
> Daniel J. Weiss
> Jenner & Block LLP
> One IBM Plaza
> Chicago, Illinois  60611
>
> emalone@jenner.com
> dweiss@jenner.com
> avail@jenner.com
> docketing@jenner.com

                    s/ Keith E. Emmons_____

                    Keith E. Emmons (# 0739219)
                    Attorney for Plaintiff
                    MEYER CAPEL, A Professional Corporation
                    306 W. Church Street
                    P.O. Box 6750
                    Champaign, IL  61826-6750
                    Telephone:    217/352-1800
                    Facsimile:    217/352-1083
                    kemmons@meyercapel.com