UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | | |
|---|---|---|
| **CASS TELEPHONE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 04-2185 |
| | ) | |
| **MCLEODUSA HOLDINGS, INC., and** | ) | |
| **MCLEODUSA TELECOMMUNICATIONS,** | ) | |
| **INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AMENDED DISCOVERY ORDER

A supplemental discovery conference was held **April 26, 2005**, pursuant to FRCP 16 and local rule 16.2(A). Plaintiff was represented by Keith E. Emmons. Defendants were represented by Daniel J. Weiss. The Agreed Motion to Amend Discovery Order **(#50)** is **ALLOWED** and the following amended discovery calendar is entered.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **December 7, 2004.**

2. The deadline for joining additional parties is **December 7, 2004.**

3. The deadline for non-expert discovery is **July 5, 2005.**

4. Plaintiff shall disclose experts and provide expert reports by **July 21, 2005.** Plaintiff shall make any such experts available for deposition by **August 11, 2005.**

5. Defendant shall disclose experts and provide expert reports by **September 23, 2005.** Defendant shall make any such experts available for deposition by **October 21, 2005.**

6. All discovery, including deposition of experts, is to be completed by **November 15, 2005.**

7. The deadline for filing case dispositive motions shall be **December 23, 2005.**

8. The matter is scheduled *for final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U. S. District Judge, on **February 24, 2006, at 2:30 p.m.**

      9. The matter is scheduled for *bench trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **March 6, 2006, at 9:00 a.m.** (Case No.2).

      ENTER this 26th day of April, 2005.

                                                                    s/ DAVID G. BERNTHAL
                                                                        U.S. MAGISTRATE JUDGE