**E-FILED**
Monday, 02 May, 2005  04:06:43 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **CASS TELEPHONE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 04-CV-2185** |
| ) | |
| **McLEODUSA HOLDINGS, INC., an** ) | |
| **Iowa corporation, and MCLEODUSA** ) | |
| **TELECOMMUNICATIONS SERVICES,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

A Report and Recommendation (#49) was filed by the Magistrate Judge in the above cause on April 14, 2005.  On April 28, 2005, Defendants filed their Objection to the Report and Recommendation (#53) and a Memorandum in Support of their Objection (#54).  Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendants' Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#49).  This court agrees that, at this stage of the proceedings, Count III should not be dismissed.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#49) is accepted by this court.

(2) Defendants' Motion to Dismiss Plaintiff's Count III of Its First Amended Complaint (#28) is DENIED.

(3) Defendants are allowed twenty-one (21) days to file their Answer to Count III of Plaintiff's First Amended Complaint.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 2nd day of May, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE