**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2185 |
| ) | |
| MCLEODUSA HOLDINGS, INC. and ) | |
| MCLEODUSA TELECOMMUNICATIONS ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, I electronically filed the foregoing McLeodUSA's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith E. Emmons
kemmon@meyercapel.com
mwofford@meyercapel.com


s/ Edward F. Malone
_____

Edward F. Malone
Daniel J. Weiss
Andrew W. Vail
Attorneys for McLeodUSA Holdings, Inc. and
McLeodUSA Telecommunications Services, Inc.
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois   60611
(312) 222-9350
(312) 527-0484 (fax)
emalone@jenner.com
dweiss@jenner.com
avail@jenner.com