IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2185 |
| | ) | |
| McLEODUSA HOLDINGS, INC. and | ) | |
| McLEODUSA TELECOMMUNICATIONS | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

    I hereby certify that Cass Telephone Company's Second Set of Interrogatories to Defendant McLeodUSA Holdings, Inc. was served upon each of the parties to this action on June 10, 2005, by facsimile and depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

        Edward F. Malone
        Daniel J. Weiss
        Andrew W. Vail
        Attorneys for McLeodUSA Holdings, Inc.
        Jenner & Block LLP
        One IBM Plaza
        Chicago, Illinois  60611-7603
        (312) 222-9350
        (312) 804-7252

                              <u>s/Keith E. Emmons</u>
                              Keith E. Emmons
                              Meyer Capel, A Professional Corporation
                              306 West Church Street
                              P. O. Box 6750
                              Champaign, IL 61826-6750
                              Telephone:  217/352-1800
                              Fax: 217/352-1083
                              E-mail:  kemmons@meyercapel.com

Dated:  June 10, 2005