E-FILED
Friday, 01 July, 2005  01:49:15 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., and | ) | |
| MCLEODUSA TELECOMMUNICATIONS, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | | |

## MOTION TO AMEND DISCOVERY ORDER

COMES NOW Plaintiff Cass Telephone Company ("Cass"), by and through its counsel, Meyer Capel, A Professional Corporation, and respectfully requests that this Court grant a revision of the Discovery Order entered on or about November 1, 2004 and amended on March 7, 2005 and April 26, 2005 by mutual agreement of the parties. In support of its motion, Cass states as follows:

1.    Plaintiff's original Complaint against McLeodUSA Holdings, Inc. ("McLeodUSA Holdings") was filed in the Circuit Court of the Sixth Judicial Circuit, Champaign, Illinois on July 29, 2004.

2.    Defendant McLeodUSA Holdings removed the complaint to the United States District Court for the Central District of Illinois on September 3, 2004 and filed a Motion to Dismiss Counts II, III, and IV of Plaintiff's complaint on September 17, 2004.

3.    On December 27, 2004, the court entered an order denying Defendant's motion to dismiss Counts II and IV. The court dismissed Count III without prejudice and granted Plaintiff leave to amend Count III.

4. Pursuant to the court's December 27, 2004 order, Plaintiff filed a Motion for Leave to Join McLeodUSA Telecommunications Services ("MUSATS") as a Defendant on January 10, 2005 and to Amend Count III of its Complaint. Defendants filed a Motion to Dismiss on January 24, 2005.

5. On April 14, 2005, Judge David Bernthal entered a Report and Recommendation denying MUSATS' Motion to Dismiss Count III.

6. Defendant MUSATS filed an objection to the court's Report and Recommendation on April 28, 2005 and the Court accepted the Report and Recommendation on May 2, 2005.

7. Cass and McLeodUSA Holdings have been diligently pursuing written discovery. Disclosure statements required by Federal Rule of Civil Procedure 26(a)(1) were served by Plaintiff and Defendant on October 19, 2004 and October 14, 2004, respectively. Plaintiff served interrogatories and requests for production of documents on McLeodUSA on January 26, 2005. Defendants served their first set of discovery requests on February 8, 2005. Answers to discovery were served by Plaintiff and McLeodUSA on March 23, 2005 and March 21, 2005, respectively.

8. Discovery was served by Cass on MUSATS promptly after the court's May 2, 2005 order denying MUSATS' motion to dismiss. Cass awaits MUSATS' response to the tendered discovery.

9. Although the parties have served initial discovery, and identified initial deponents, neither party has taken nor scheduled any depositions. Both parties agree that no deposition will be scheduled prior to the current non-expert deadline of July 5, 2005. It is anticipated by Plaintiff that additional discovery in the form of document requests will become apparent during the course of future depositions.

10. Plaintiff proposes that the April 26, 2005 discovery order be amended to delete paragraph 3 in its entirety and that the deadline for completion of all discovery be November 15, 2005 pursuant to paragraph 6 of the current discovery order.

11. This Motion is not made for purposes of delay and Plaintiff does not seek to change the dates set by the Court for the final pre-trial conference or bench trial.

12. Pursuant to Local Rule 6.1, Plaintiff states defense counsel has been consulted regarding this motion and that he does not consent to Plaintiff's Motion for Extension of Time.

WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order extending the discovery deadlines as set forth above.

Respectfully submitted,

CASS TELEPHONE COMPANY,
Plaintiff,

By: Meyer Capel, A Professional Corporation

s/ Keith E. Emmons
Keith E. Emmons (#0739219)
Meyer Capel, A Professional Corporation
306 West Church Street
P. O. Box 6750
Champaign, IL 61826-6750
Telephone: 217/352-1800
Fax: 217/352-1083
E-mail: kemmons@meyercapel.com