E-FILED
Friday, 01 July, 2005 01:55:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2185 |
| | ) |
| McLEODUSA HOLDINGS, INC. and | ) |
| McLEODUSA TELECOMMUNICATIONS | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that **Cass Telephone Company's Second Set of Requests for Production of Documents to Defendant McLeodUSA Holdings, Inc.** was served upon each of the parties to this action on July 1, 2005, by depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

    Edward F. Malone
    Daniel J. Weiss
    Andrew W. Vail
    Attorneys for McLeodUSA Holdings, Inc.
    Jenner & Block LLP
    One IBM Plaza
    Chicago, Illinois  60611-7603
    (312) 222-9350
    (312) 804-7252

    s/Keith E. Emmons
    Keith E. Emmons (# 0739219)
    Meyer Capel, A Professional Corporation
    306 West Church Street
    P. O. Box 6750
    Champaign, IL 61826-6750
    Telephone:  217/352-1800
    Fax: 217/352-1083
    E-mail:  kemmons@meyercapel.com

Dated:  July 1, 2005