E-FILED
Friday, 15 July, 2005  03:36:15 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2185 |
| ) | |
| MCLEODUSA HOLDINGS, INC., and ) | |
| MCLEODUSA TELECOMMUNICATIONS, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that I caused McLeodUSA's Response to Cass' Telephone Company's Motion to Amend Discovery Order to be served upon each of the parties to this action on July 15, 2005, by facsimile and by depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

      Keith E. Emmons
      Meyer Capel, A Professional Corporation
      306 West Church Street
      P.O. Box 6750
      Champaign, Illinois 61826-6750
      Fax: (217) 352-1083

      s/ Daniel J. Weiss
      ―――――――――――――――――――

      Edward F. Malone
      Daniel J. Weiss
      Andrew W. Vail
      Attorneys for McLeodUSA Holdings, Inc. and
      McLeodUSA Telecommunications Services, Inc.
      Jenner & Block LLP
      One IBM Plaza
      Chicago, Illinois   60611
      (312) 222-9350
      (312) 840-7252
      emalone@jenner.com
      dweiss@jenner.com
      avail@jenner.com

Dated:  July 15, 2005