**E-FILED**
Thursday, 04 August, 2005  03:33:59 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| CASS TELEPHONE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2185 |
| | ) | |
| MCLEODUSA HOLDINGS, INC., and | ) | |
| MCLEODUSA TELECOMMUNICATIONS, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I caused McLeodUSA's Responses to Cass' Second Set of Requests for Production of Documents to Defendant (Holdings) to be served upon each of the parties to this action on August 3, 2005, by facsimile and by depositing the same in the United States mail on August 4, 2005, postage prepaid, in an envelope addressed as follows:

Keith E. Emmons
Meyer Capel, A Professional Corporation
306 West Church Street
P.O. Box 6750
Champaign, Illinois 61826-6750
Fax: (217) 352-1083

s/ Daniel J. Weiss

Edward F. Malone
Daniel J. Weiss
Andrew W. Vail
Attorneys for McLeodUSA Holdings, Inc. and
McLeodUSA Telecommunications Services, Inc.
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois   60611
(312) 222-9350
(312) 840-7252
emalone@jenner.com
dweiss@jenner.com
avail@jenner.com

Dated:  August 4, 2005