**E-FILED**
Friday, 12 August, 2005  04:00:12 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2185 |
| | ) |
| McLEODUSA HOLDINGS, INC. and | ) |
| McLEODUSA TELECOMMUNICATIONS | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that Cass Telephone Company's **Expert Witness Designation** was served upon each of the parties to this action on August 12, 2005, by depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

> Edward F. Malone
> Daniel J. Weiss
> Andrew W. Vail
> Attorneys for McLeodUSA Holdings, Inc.
> Jenner & Block LLP
> One IBM Plaza
> Chicago, Illinois  60611-7603
> (312) 222-9350
> (312) 804-7252

> s/Keith E. Emmons
> Keith E. Emmons (# 0739219)
> Meyer Capel, A Professional Corporation
> 306 West Church Street
> P. O. Box 6750
> Champaign, IL 61826-6750
> Telephone:  217/352-1800
> Fax: 217/352-1083
> E-mail:  kemmons@meyercapel.com

Dated:  August 12, 2005