E-FILED
Thursday, 18 August, 2005  02:27:06 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-2185 |
| McLEODUSA HOLDINGS, INC. and McLEODUSA TELECOMMUNICATIONS SERVICES, INC., | ) ) ) ) |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005, I electronically filed **Cass Telephone Company's Notice of Deposition of Defendant McLeodUSA Holdings, Inc.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward F. Malone
Daniel J. Weiss
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois  60611

emalone@jenner.com
dweiss@jenner.com
avail@jenner.com
docketing@jenner.com

s/Keith E. Emmons
Keith E. Emmons
Meyer Capel, A Professional Corporation
306 West Church Street
P. O. Box 6750
Champaign, IL 61826-6750
Telephone:  217/352-1800
Fax: 217/352-1083
E-mail:  kemmons@meyercapel.com