IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>McLEODUSA HOLDINGS, INC. and )<br>McLEODUSA TELECOMMUNICATIONS )<br>SERVICES, INC., )<br>)<br>Defendants. | No. 04-2185 |

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005, I electronically filed **Cass Telephone Company's Notice of Deposition of Defendant McLeodUSA Telecommunications Services, Inc.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Edward F. Malone
> Daniel J. Weiss
> Jenner & Block LLP
> One IBM Plaza
> Chicago, Illinois  60611
>
> emalone@jenner.com
> dweiss@jenner.com
> avail@jenner.com
> docketing@jenner.com

> s/Keith E. Emmons
> Keith E. Emmons
> Meyer Capel, A Professional Corporation
> 306 West Church Street
> P. O. Box 6750
> Champaign, IL 61826-6750
> Telephone:  217/352-1800
> Fax: 217/352-1083
> E-mail:  kemmons@meyercapel.com