# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) <br> an Illinois corporation, ) <br>                                  Plaintiff, ) <br> v.                                          ) <br>                                          ) <br> MCLEODUSA HOLDINGS, INC., ) <br> an Iowa corporation, ) <br>                                 Defendant. ) | Case No. 04-2185 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The oral motion by the parties that the Court issue a 35-day Order is **GRANTED**.

2. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal signed by both parties. Stipulation of dismissal is due by **December 6, 2005.**

3. All time tables and scheduled hearings are VACATED until further order.

ENTER this 1st day of November, 2005.

                                                              s/ DAVID G. BERNTHAL
                                                              U.S. MAGISTRATE JUDGE