# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 04-2185 |
| ) | |
| McLEODUSA HOLDINGS, INC. and ) | |
| McLEODUSA TELECOMMUNICATIONS ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and a settlement between the parties, all parties to this action, by their respective undersigned counsel, hereby jointly stipulate to the dismissal of this action without prejudice and with each party to bear its own fees and costs.

Respectfully submitted,

| CASS TELEPHONE COMPANY | MCLEODUSA HOLDINGS, INC. AND MCLEODUSA TELECOMMUNICATIONS SERVICES, INC. |
|---|---|
| s/Keith E. Emmons | s/Edward F. Malone |
| *One of its attorneys* | *One of their attorneys* |
| Keith E. Emmons | Edward F. Malone |
| MEYER CAPEL, P.C. | Daniel J. Weiss |
| 306 W. Church Street | JENNER & BLOCK LLP |
| PO Box 6750 | One IBM Plaza |
| Champaign, Illinois 61826-6750 | Chicago, Illinois 60611 |
| Tel: (217) 352-1800 | Tel: (312) 222-9350 |
| Fax: (217) 352-1083 | Fax: (312) 840-7517 |
| kemmons@meyercapel.com | emalone@jenner.com |
| | dweiss@jenner.com |

November 2, 2005