IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| CASS TELEPHONE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2185 |
| | ) |
| MCLEODUSA HOLDINGS, INC. and | ) |
| MCLEODUSA TELECOMMUNICATIONS | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2005, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Keith E. Emmons
      kemmon@meyercapel.com
      mwofford@meyercapel.com

      s/ Edward F. Malone
      _____

      Edward F. Malone
      Daniel J. Weiss
      Attorneys for McLeodUSA Holdings, Inc. and
      McLeodUSA Telecommunications Services, Inc.
      JENNER & BLOCK LLP
      One IBM Plaza
      Chicago, Illinois  60611
      (312) 222-9350
      (312) 840-7517 (fax)
      emalone@jenner.com
      dweiss@jenner.com